SIDNEY MANDELL, Respondent, v. FRANK MOSES, as President of the ESSEX COUNTY SHEEP BREEDERS' ASSOCIATION, et al., Appellants.

*Contract — brokers — action by broker to recover moneys advanced on goods consigned to him for sale upon decline in market price of goods.*

Mandell v. Moses, 209 App. Div. 531, affirmed.

(Argued October 13, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered June 6, 1924, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. John E. McMurtry & Co., plaintiff's assignor, entered into an agreement with the " Essex County Sheep Breeders' Association " in and by which the association was to consign its clip of wool to the said John E. McMurtry & Co. " to be sold for their account at the best market price." McMurtry & Co. were to advance to the association, according to grade, from fifty cents down to thirty-five cents a pound, which amount was at no time to be more than eighty per cent of the value of the wools " at the time of taking up; " " and if the market declines at that time said advances are to be reduced to meet said market." The association further agreed to pay McMurtry & Co. six per cent commission; this was to include all charges for sacking, sale, etc., and there was to be a charge in favor of the brokers of six per cent on moneys advanced under certain conditions. There came a time when the market value went down and McMurtry & Co. had paid $2,522.18 over the eighty per cent before sales were made. The association did not refund; the claim was assigned to plaintiff and this action was brought to recover the amount paid.

*Andrew J. Nellis* for appellants.

*Frederick C. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO and LEHMAN, JJ.